ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

DORIEN BOWERS,

             Plaintiff,

  -against-

URS CORPORATION,

             Defendant.

------------------------------------------------X

05 Civ. 2862 (TPG)(FM)

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Dorien Bowers ("Plaintiff") and Defendant URS Corporation ("Defendant"), through their respective undersigned attorneys of record, that:

        1.    Pursuant to 28 U.S.C. § 636(c), the parties and their respective counsel consent to the exercise of jurisdiction over this case by United States Magistrate Judge Frank Maas for the limited purpose of entering this Stipulation And Order Of Dismissal With Prejudice.

        2.    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action and all claims asserted therein by Plaintiff against Defendant be and hereby are dismissed with prejudice and without costs to either party.



SDNY
DOCUMENT
ELECTRONICALLY FILED
4-3-06

NY #705785 v1

3.  Plaintiff and Defendant shall each bear her or its own respective costs, disbursements, attorneys' fees, and experts' fees in this action.

Dated:   New York, New York
         March 27, 2006

MARGARET MCINTYRE, ESQ.                    THELEN REID & PRIEST LLP

By: _____          By: _____
    Margaret McIntyre (MM-2099)            Charles H. Kaplan (CK-5483)
    Attorney for Plaintiff                 Attorneys for Defendant
    225 Broadway, Suite 2515               875 Third Avenue
    New York, New York 10007               New York, New York 10022-6225
    (212) 227-9987                         (212) 603-2000

SO ORDERED: _____
                                 3/31/06
            U.S.M.J.

2

NY #705785 v1